IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| ANDREW S. GOLDSTEIN, ) | Case No. 4:07CV00028 |
| TRUSTEE FOR JASON B. CLARK, ) | |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| ) | By: Jackson L. Kiser |
| NATIONAL CASUALTY COMPANY, ) | Senior United States District Judge |
| Defendant. ) | |

Before me is Defendant's Motion for Summary Judgment. I have reviewed the briefs and the supporting evidence. The matter is now ripe for decision. For the reasons stated in the accompanying Memorandum Opinion, the Motion is GRANTED.

The Clerk is directed to send a certified copy of this Order to all counsel of record, and to strike the case from the docket.

Entered this 28th day of July, 2008.

                                                s/Jackson L. Kiser
                                                Senior United States District Judge